UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Edwin Bacon Hall MD,            Case No. 11-19-10585 JA

Debtor.

## SHAMMARA HENDERSON'S DISCLOSURE STATEMENT PURSUANT TO BANKRUPTCY RULES 2014 AND 2016

Shammara Henderson ("Attorney") hereby states, in connection with the Application to Employ Special Counsel for Debtor re Defense Representation filed herein:

1. To the best of the undersigned's knowledge, information and belief, after making reasonable inquiry, Attorney has no connection with Debtor (other than representation set forth in the Application to Employ), the Debtor's creditors, or any other party in interest in this bankruptcy case, or their respective attorneys or accountants, or with the United States Trustee or any person employed in the office of the United States Trustee.

2. The arrangement for compensating Attorney, if the Court approves the Debtor's employment of Attorney is: Attorney agreed to handle the matters set forth in the retainer agreement on an hourly basis. The billing rates for senior partner time will be $375.00/hour. Other lawyer time will be billed at $250.00/hour. Paralegals and law clerks will be billed at $125.00/hour. Transcription services will be billed at $50.00/hour. Attorney will also be entitled to New Mexico gross receipts tax and reimbursement for all costs incurred. Attorney has been paid a pre-petition retainer of $75,000.00.

3. Attorney has received no other transfer, assignment or pledge of property for post-petition legal services.

5. The undersigned Attorney has not shared or agreed to share with any other person or entity, other than with a member or regular associate or employee of the undersigned Attorney, any compensation paid or to be paid by the estate in or in connection with this bankruptcy case.

Shammara Henderson
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, a true and correct copy of the above and foregoing pleading was served electronically on each of the parties identified below.

/s/ filed electronically
Gerald R. Velarde

**SERVICE LIST:**

- **James C Jacobsen**    jjacobsen@nmag.gov, jotero@nmag.gov
- **Alice Nystel Page**    Alice.N.Page@usdoj.gov
- **Christopher Pattock**    Christopher.J.Pattock@usdoj.gov
- **Albert Thiel**    al@fergusonlaw.com, crissy@fergusonlaw.com
- **United States Trustee**    ustpregion20.aq.ecf@usdoj.gov